1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              2:20-MC-00314-TLN-DB

12                    Plaintiff,

13         v.                             STIPULATION AND ORDER EXTENDING TIME
                                          FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $37,000.00 IN           AND/OR TO OBTAIN AN INDICTMENT
    U.S. CURRENCY,                        ALLEGING FORFEITURE
15
                      Defendant.
16

17         It is hereby stipulated by and between the United States of America and potential claimant Kera

18  Barber ("claimant"), by and through their respective counsel, as follows:

19         1.      On or about September 25, 2020, claimant filed a claim in the administrative forfeiture

20  proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately

21  $37,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 24, 2020.

22         2.      The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. §

23  983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the

24  defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim

25  to the defendant currency as required by law in the administrative forfeiture proceeding.

26         3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

27  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency

28  is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

                                          1

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was December 24, 2020.

4.     By Stipulation and Order filed December 17, 2020, the parties stipulated to extend to February 22, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed February 12, 2021, the parties stipulated to extend to March 24, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to May 24, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2

1    7.    Accordingly, the parties agree that the deadline by which the United States shall be required

2    to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that

3    the defendant currency is subject to forfeiture shall be extended to May 24, 2021.

4    Dated:    3/23/21                          PHILLIP A. TALBERT
                                               Acting United States Attorney

5

6                                    By:    /s/ Kevin C. Khasigian
                                            KEVIN C. KHASIGIAN
7                                           Assistant United States Attorney

8

9

10   Dated:    3/23/21                          /s/ Jacek Lentz
                                               JACEK LENTZ
                                               Attorney for potential claimant
11                                             Kera Barber
                                               (Signature authorized by phone)
12

13

14
        **IT IS SO ORDERED**.
15
     Dated:  March 23, 2021
16
                                               Troy L. Nunley
17                                             United States District Judge

18

19

20

21

22

23

24

25

26

27

28